# CAHILL & GOETSCH, P.C.
### ATTORNEYS AT LAW

SCOTT E. PERRY

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
Fax: (203) 865-5904

September 5, 2003

**Via Fax and Overnight Mail**

COPY

Anthony D. Sutton, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, Connecticut 06905

Lori A. McCarthy, Esq.
Flynn & Associates, P.C.
189 State Street, 6th Floor
Boston, Massachusetts 02109

RE:   *Supplemental Disclosure Re: Frank Bakutis vs. Metro-North, et al.*

Dear Counsel:

Enclosed please find plaintiff's supplemental 26(a) disclosure for the above-entitled-matter.

Sincerely,

*Scott Perry*

Scott E. Perry

SEP:md
Enclosures

1) Oil leaking on Deck from Transmission and Engine

2) Train brakes do not release all The Time

3) <u>Excessively</u> noisey inside operators Cab, Cannot hear Company radio.

4) Need Grease Gun.

5) Needs insulation inside operators Cab.

6) Travel bands do not release when Traveling in 4th Gear.

7) Needs 24 Volt Flood Light bulbs and brake Light bulbs.

8) Propellor Shaft indicator Light not working.

ATT:
MARK ELLIS

F.E. Bakutes
712478



```
09/05/2003 FRI 11:40  FAX
08/16/02 FRI 12:54 FAX 203 786 8225    NH PROJECTS                    @001

                      *********************
                      ***   TX REPORT   ***
                      *********************

       TRANSMISSION OK

       TX/RX NO              0868
       CONNECTION TEL                          8579
       CONNECTION ID         NWP SHOP
       ST. TIME              08/16 12:53
       USAGE T               00'27
       PGS.                      1
       RESULT                OK
```

10/25/00

CB 4005

(Amendment to FAX. of 10/23/00 # 4170)

8) Fuel gage not working properly.

9) Travel bands not releasing in 4th gear.

10) Air dryers not working

11) No Belt guards on Front of Engine

12) No Boom stops.

F. E. Bakutis
712478

ATT:
Paul Signorelli



```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              4186
CONNECTION TEL                         8579
CONNECTION ID         NWP SHOP
ST. TIME              10/25 07:56
USAGE T               00'11
PGS.                     1
RESULT                OK
```

**METRO NORTH RAILROAD**

Parkway Homes Road
North White Plains, N.Y.
10601



| To: | Paul Cignarale | From: | F.E. BAKUTIS |
| Fax: | 914 686 8579 / 914 271 1935 | Date: | 2/12/01 |
| Phone: | 914 686 8468 / 914 271 1934 | Pages: | |
| Re: | EQUIPMENT DEFECTS | CC: | |

CB 4005

## Equipment Defects

| # | Problems/Defects |
|---|---|
| 1 | Extremely Noisey especially when Traveling. Very unsafe, Cannot hear Radio |
| 2 | Oil Leaking on deck From Front Engine Seal and Transmission gear box. |
| 3 | Oil Leaking from Transfer Case. |
| 4 | Fuel Gauge not working properly |
| 5 | No belt Guards on Front of Engine. |
| 6 | No Boom stops. |
| 7 | Boom has Bends in numerous places. |
| 8 | |
| 9 | |



```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4457
CONNECTION TEL                    8579
CONNECTION ID         NWP SHOP
ST. TIME              02/12 07:43
USAGE T               00'32
PGS.                      1
RESULT                OK
```

Printed in USA

# Crane inspection

**Metro-North Commuter Railroad**

| Crane no. | Location | Sub-Division | System Gang | Date Inspected | Monthly ☐ | Hour 5149 |
|---|---|---|---|---|---|---|
| CB 4005 | New Haven | | | 3/12/01 | Annual ☐ | |

Last inspection date: 10/17/00

Present general condition: ☑ Good  ☐ Fair  ☐ O/S

OK YES / NO

- ___ / ✓  Boom — bent lattice
- ___ / ✓  Boom Stops
- ✓ / ___  Boom Angle Indicator
- ✓ / ___  Boom Rivets & Bolts
- ✓ / ___  Boom Heel Pins
- ✓ / ___  Sheaves
- ✓ / ___  Sheave Pins
- ✓ / ___  Cable Drums
- ✓ / ___  Cable-Boom-Holding Line
- ___ / ___  Closing, Pendants
- ✓ / ___  Cable Clamps
- ✓ / ___  Hoisting Blocks/Hooks
- N/A  Winch
- N/A  Winch Cable
- N/A  Lifting Chains
- ✓ / ___  Tongs-Rail-Frog
- ✓ / ___  Brakes
- ___ / ___  Brakes-Air-Lines-Reservoir
- N/A  Brakes-Hydraulic
- ✓ / ___  Brakes-Emergency
- N/A  Brakes-2 Wheel
- ✓ / ___  Brakes-4 Wheel
- ✓ / ___  Brakes-Shoes
- ✓ / ___  Trucks-Journal Bearings
- ✓ / ___  Wheels-Flange Wear-Treadwear
- ✓ / ___  Axles
- ✓ / ___  Tram-Axle & Wheel
- N/A  Springs
- N/A  Tires
- ✓ / ___  Steering
- ___ / ___  U-Joints, Drive Gears
- ✓ / ___  Drive Chains
- N/A  Sprockets
- ✓ / ___  Drive Shafts
- ✓ / ___  Gear Boxes, Swing, Travel
- X / ___  Transmission — gasket leaks.
- ✓ / ___  Bearings
- ___ / ___  Hook Roller
- N/A  Outriggers

OK YES / NO

- ✓ / ___  Steps and Railing
- ✓ / ___  Draw Bars-Couplers
- ✓ / ___  Swing Stops/Locking Pins
- ✓ / ___  Operating Controls
- ✓ / ___  Windows
- ✓ / ___  Windshield Wipers
- ✓ / ___  Warning Devices
- ✓ / ___  Lights
- ___ / X  Guards — engine belt guards.
- ___ / X  Engine — rear main seal.
- ✓ / ___  Clutch-PTO
- ✓ / ___  Gauges-Temperature-Oil-Ampere
- ✓ / ___  Hydraulic System-Valves, Pump, Motor
- ✓ / ___  Main Control Generator
- ___ / ___  Magnet Generator
- N/A  Magnet
- ✓ / ___  Tagline-Cable-Electrical
- ✓ / ___  Battery
- ✓ / ___  Air Compressor
- ✓ / ___  Safety Appliances
- ✓ / ___  Fire Extinguishers
- ✓ / ___  General Condition-Paint, etc.
- ✓ / ___  Lifting Capacity Chart
- ✓ / ___  Parts Book and Operating Manual
- ✓ / ___  Lubrication

When was Cable Replaced:
- Boom _____
- Holding _____
- Closing _____

- ✓ / ___  Strands of Cable Broken
- ✓ / ___  Ground Cables and Ground Clamps
- ✓ / ___  Electrical Wire Warning Sign

Remarks: Noisy in gear.

Operator's Signature: [signature] 71247 Y
(Date) (Employee No.)

I certify to the correctness of this report
(Signed) E. Vongola   3/12/01   (Date Posted)
Employee Number 112443.
(Title) Machinist.

CB 4005

1) Extremely Noisey when Traveling, Cannot Hear Company Radio. Very unsafe

2) Oil leaking on to deck from Front Engine cover.

3) No Belt guards on Front of Engine

4) No Boom stops.

5) Boom has bends in numerous locations

6) Fuel gage not working propaly.

7) Steps on chasiss to narrow, and one is missing.

F. E. Bakutis
712478

ATT:
Paul Signorelli



```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4567
CONNECTION TEL                          8579
CONNECTION ID         NWP SHOP
ST. TIME              03/26 08:01
USAGE T               00'11
PGS.                     1
RESULT                OK
```

CB 4005

5/7/01

1) Extremely Noisey inside Cab, especially when in work mode or Traveling. Cannot Hear Company Radio.

2) Gear oil leaking from Chain Case.

3) Travel bands slipping in one direction.

4) Check valve on Air Tank Leaking.

5) One Brake Light not working, needs bulb.

6) Oil on deck of Crane, very slippery

7) Oil leaking from Front of Engine.

8) No belt guards on front of Engine.

9) No Boom Stops.

10) Fuel gage not working

11) Oil leaking from Transmission shifter

ATT:
PAUL SIGNORELLI

F.E. BAKUTIS
F.E. Bakutis
712478



```
***********************
***    TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                 4691
CONNECTION TEL                         8579
CONNECTION ID            NWP SHOP
ST. TIME                 05/17 06:49
USAGE T                  00'13
PGS.                         1
RESULT                   OK
```



```
09/05/2003 FRI 11:41  FAX                    NH PROJECTS                    ☒001
05/17/01  THU 06:52  FAX 203 786 8223

                    ***********************
                    ***   TX REPORT   ***
                    ***********************

                    TRANSMISSION OK

                    TX/RX NO              4692
                    CONNECTION TEL                         8579
                    CONNECTION ID         NWP SHOP
                    ST. TIME              05/17 06:51
                    USAGE T               00'14
                    PGS.                  1
                    RESULT                OK
```

# METRO NORTH RAILROAD

# FAX

**Date** 7 / 24 / 01
**Number of Pages**

**TO:**
PAUL R. CIGNARALE
SUPERVISOR, WORK EQUIPMENT
PHONE 914/271/1934
FAX 914/271/1935

**FROM:**
F. E. Bakutis
Special Projects, New Haven

## EQUIPMENT DEFECTS

| EQUIPMENT # | PROBLEMS / DEFECTS |
|---|---|
| 1. CB4005 | 1) Boom Clutch Slipping |
|  | 2) Magnet clutch not engaging properly |
|  | 3) Oil leaking from front of engine |
| 2. | 4) Extremely noisy in operators cab. |
|  | 5) Buffer block on coupler broken |
|  | 6) Oil on deck and steps. |
| 3. | 7) Oil leaking from transmission shifter |
|  | 8) Fuel gauge not working |
| 4. |  |
| 5. |  |
| 6. |  |
| 7. |  |
| 8. |  |
| 9. |  |



```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                4859
CONNECTION TEL                    8579
CONNECTION ID           NWP SHOP
ST. TIME                07/24 06:18
USAGE T                 00'35
PGS.                       1
RESULT                  OK
```

TX/RX NO                4859
CONNECTION TEL                    8579
CONNECTION ID           NWP SHOP
ST. TIME                07/24 06:18
USAGE T                 00'35
PGS.                       1
RESULT                  OK

# METRO NORTH RAILROAD

# FAX



Date: 3 / 15 / 02
Number of Pages: _____

TO: MARK ELLIS
SUPERVISOR, WORK EQUIPMENT
PHONE 914/271/1934
FAX 914/271/1935

FROM: F. E. BAKUTIS
N. H. Special Projects

## EQUIPMENT DEFECTS

| EQUIPMENT # | PROBLEMS / DEFECTS |
|---|---|
| 1. CB4005 | Extremely Noisey, Cannot hear radio which Traveling. Need Sound Insulation |
| 2. CB4005 | Needs 2 24V Flood Lights |
| 3. CB4005 | Crane Air brakes Frequently will not release |
| 4. CB4005 | Oil Leaking from Engine and Transmission |
| 5. CB4005 | Fuel Gauge not working |
| 6. CB4005 | Step on Chassis Bent + missing |
| 7. CB4005 | Travel Bands dragging and not Disengauging in 4th Gear. |
| 8 | |
| 9 | |



```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              0436
CONNECTION TEL                    8579
CONNECTION ID         NWP SHOP
ST. TIME              03/15 07:15
USAGE T               00'22
PGS.                     1
RESULT                OK
```

Printed in USA

## Crane Inspection

**Metro-North Commuter Railroad**

| Crane no. | Location | Sub-Division | System Gang | Date Inspected | Monthly ☒ |
|---|---|---|---|---|---|
| CP 4005 | New Haven | | Sys Proj | 4/11/02 | Annual ☐ |

Last inspection date: 1/11/02

Present general condition: ☐ Good ☒ Fair ☐ O/S

| OK YES | NO | | OK YES | NO | |
|---|---|---|---|---|---|
| | X | Boom | | X | Steps and Railing |
| | X | Boom Stops | | X | Draw Bars-Couplers |
| ✓ | | Boom Angle Indicator | ✓ | | Swing Stops/Locking Pins |
| ✓ | | Boom Rivets & Bolts | ✓ | | Operating Controls |
| ✓ | | Boom Heel Pins | | X | Windows |
| ✓ | | Sheaves | ✓ | | Windshield Wipers |
| ✓ | | Sheave Pins | ✓ | | Warning Devices |
| ✓ | | Cable Drums | | X | Lights |
| ✓ | | Cable-Boom-Holding Line | ✓ | | Guards |
| ✓ | | Closing, Pendants | | X | Engine |
| | X | Cable Clamps | ✓ | | Clutch-PTO |
| ✓ | | Hoisting Blocks/Hooks | | X | Gauges-Temperature-Oil-Ampere |
| N/A | | Winch | N/A | | Hydraulic System-Valves, Pump, Motor |
| N/A | | Winch Cable | N/A | | Main Control Generator |
| N/A | | Lifting Chains | | X | Magnet Generator |
| ✓ | | Tongs-Rail-Frog | ✓ | | Magnet |
| | X | Brakes | ✓ | | Tagline-Cable-Electrical |
| ✓ | | Brakes-Air-Lines-Reservoir | ✓ | | Battery |
| N/A | | Brakes-Hydraulic | ✓ | | Air Compressor |
| ✓ | | Brakes-Emergency | ✓ | | Safety Appliances |
| N/A | | Brakes-2 Wheel | ✓ | | Fire Extinguisher |
| ✓ | | Brakes-4 Wheel | ✓ | | General Condition-Paint, etc. |
| | X | Brakes-Shoes | ✓ | | Lifting Capacity Chart |
| ✓ | | Trucks-Journal Bearings | | X | Parts Book and Operating Manual |
| ✓ | | Wheels-Flange Wear-Treadwear | | X | Lubrication |
| ✓ | | Axles | | | When was Cable Replaced: |
| ✓ | | Tram-Axle & Wheel | | | Boom_____ |
| ✓ | | Springs | | | Holding_____ |
| N/A | | Tires | | | Closing_____ |
| N/A | | Steering | ✓ | | Strands of Cable Broken |
| ✓ | | U-Joints, Drive Gears | ✓ | | Ground Cables and Ground Clamps |
| ✓ | | Drive Chains | ✓ | | Electrical Wire Warning Sign |
| ✓ | | Sprockets | | | |
| ✓ | | Drive Shafts | | | |
| ✓ | | Gear Boxes, Swing, Travel | | | |
| | X | Transmission | | | |
| ✓ | | Bearings | | | |
| N/A | | Hook Roller | | | |
| N/A | | Outriggers | | | |

Remarks: 1. No Lights 2. No Boom Stops 3. Load line not changed as per ANSI B30.5 (5-1.7.3b) 4. Brake shoes cracked 5. Needs more steps + handrails 6. Crane _____ 7. Brakes won't release

Operator's Signature: _____ (Employee No.) 7____7_X

I certify to the correctness of this report
(Signed) _____ (Date Posted) 1/11/02
Employee Number _____
(Title) _____

(Date)