UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

———————————————————————X

FRANCIS E. BAKUTIS,

    Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,
et al.,

    Defendants

———————————————————————X

CIVIL ACTION
No:  3:02CV01877(SRU)

**FELA HEARING LOSS CASE.**
**MAY BE FILED IN NEW HAVEN**
**AS ORDERED BY MAGISTRATE**
**JUDGE MARGOLIS.**

February 5, 2004

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE ANY OBJECTIONS AND MOTION FOR RECONSIDERATION OF THE COURT'S RULINGS ON PLAINTIFFS' MOTION TO COMPEL**

    Pursuant to D. Conn. L. Civ. R. 7(c), the plaintiffs seek to have the Court reconsider its January 23, 2004 Ruling on the plaintiffs' Motion To Compel the Conrail Defendants. Specifically, the plaintiffs seek to have the Court reconsider its ruling with respect to requests 5, 14, 25, 27, 28, and 29.  The plaintiffs also move for a ten day extension of time from the Court's decision with respect to the instant Motion within which to file any objections to the Court's January 23, 2004 Ruling on the Plaintiffs' Motion To Compel Conrail Defendants.  A Memorandum of Law accompanies the instant Motion.

**ORAL ARGUMENT REQUESTED.**

Respectfully submitted,

FOR THE PLAINTIFFS,


By_____
   Scott E. Perry (ct17236)
   CAHILL & GOETSCH, P.C.
   43 Trumbull Street
   New Haven, Connecticut  06511
   (203) 777-1000



## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 5th day of February, 2004, to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109; and to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut  06905.



_____
Scott E. Perry

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| ROBERT C. BLACK, | CIVIL ACTION<br>No: 3:02CV01873(AVC) |
| Plaintiff | |
| | **FELA HEARING LOSS CASE.**<br>**MAY BE FILED IN NEW HAVEN**<br>**AS ORDERED BY MAGISTRATE**<br>**JUDGE MARGOLIS.** |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, et al., | February 5, 2004 |
| Defendants | |

_____X

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE ANY OBJECTIONS AND MOTION FOR RECONSIDERATION OF THE COURT'S RULINGS ON PLAINTIFFS' MOTION TO COMPEL**

Pursuant to D. Conn. L. Civ. R. 7(c), the plaintiffs seek to have the Court reconsider its January 23, 2004 Ruling on the plaintiffs' Motion To Compel the Conrail Defendants. Specifically, the plaintiffs seek to have the Court reconsider its ruling with respect to requests 5, 14, 25, 27, 28, and 29. The plaintiffs also move for a ten day extension of time from the Court's decision with respect to the instant Motion within which to file any objections to the Court's January 23, 2004 Ruling on the Plaintiffs' Motion To Compel Conrail Defendants. A Memorandum of Law accompanies the instant Motion.

**ORAL ARGUMENT REQUESTED.**

Respectfully submitted,

FOR THE PLAINTIFFS,


By_____
    Scott E. Perry (ct17236)
    CAHILL & GOETSCH, P.C.
    43 Trumbull Street
    New Haven, Connecticut  06511
    (203) 777-1000



## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 5th day of February, 2004, to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109; and to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut  06905.



_____
Scott E. Perry

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

JAMES E. CAFFREY,                     CIVIL ACTION
                                      No:  3:02CV01884(CFD)
    Plaintiff

                                      **FELA HEARING LOSS CASE.**
VS.                                   **MAY BE FILED IN NEW HAVEN**
                                      **AS ORDERED BY MAGISTRATE**
                                      **JUDGE MARGOLIS.**


METRO-NORTH RAILROAD COMPANY,         February 5, 2004
et al.,

    Defendants
_____X


## PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE ANY OBJECTIONS AND MOTION FOR RECONSIDERATION OF THE COURT'S RULINGS ON PLAINTIFFS' MOTION TO COMPEL

       Pursuant to D. Conn. L. Civ. R. 7(c), the plaintiffs seek to have the Court reconsider its January 23, 2004 Ruling on the plaintiffs' Motion To Compel the Conrail Defendants. Specifically, the plaintiffs seek to have the Court reconsider its ruling with respect to requests 5, 14, 25, 27, 28, and 29.  The plaintiffs also move for a ten day extension of time from the Court's decision with respect to the instant Motion within which to file any objections to the Court's January 23, 2004 Ruling on the Plaintiffs' Motion To Compel Conrail Defendants.   A Memorandum of Law accompanies the instant Motion.


**ORAL ARGUMENT REQUESTED.**

Respectfully submitted,

FOR THE PLAINTIFFS,


By_____
    Scott E. Perry (ct17236)
    CAHILL & GOETSCH, P.C.
    43 Trumbull Street
    New Haven, Connecticut  06511
    (203) 777-1000



## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 5th day of

February, 2004, to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor,

Boston, Massachusetts 02109; and to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP,

80 Fourth Street, P.O. Box 3057, Stamford, Connecticut  06905.



_____
Scott E. Perry

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| CHARLES A. KANE, | CIVIL ACTION<br>No: 3:02CV01878(CFD) |
| Plaintiff | |
| | **FELA HEARING LOSS CASE.<br>MAY BE FILED IN NEW HAVEN<br>AS ORDERED BY MAGISTRATE<br>JUDGE MARGOLIS.** |
| VS. | |
| METRO-NORTH RAILROAD COMPANY,<br>et al., | February 5, 2004 |
| Defendants | |

_____X

### PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE ANY OBJECTIONS AND MOTION FOR RECONSIDERATION OF THE COURT'S RULINGS ON PLAINTIFFS' MOTION TO COMPEL

Pursuant to D. Conn. L. Civ. R. 7(c), the plaintiffs seek to have the Court reconsider its January 23, 2004 Ruling on the plaintiffs' Motion To Compel the Conrail Defendants. Specifically, the plaintiffs seek to have the Court reconsider its ruling with respect to requests 5, 14, 25, 27, 28, and 29. The plaintiffs also move for a ten day extension of time from the Court's decision with respect to the instant Motion within which to file any objections to the Court's January 23, 2004 Ruling on the Plaintiffs' Motion To Compel Conrail Defendants. A Memorandum of Law accompanies the instant Motion.

**ORAL ARGUMENT REQUESTED.**

Respectfully submitted,

FOR THE PLAINTIFFS,


By_____
   Scott E. Perry (ct17236)
   CAHILL & GOETSCH, P.C.
   43 Trumbull Street
   New Haven, Connecticut  06511
   (203) 777-1000



**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 5th day of

February, 2004, to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor,

Boston, Massachusetts 02109; and to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP,

80 Fourth Street, P.O. Box 3057, Stamford, Connecticut  06905.



_____
Scott E. Perry

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| FREDERICK N. KOVAL, | CIVIL ACTION<br>No:  3:02CV01879(GLG) |
| Plaintiff | |
| | **FELA HEARING LOSS CASE.** |
| VS. | **MAY BE FILED IN NEW HAVEN** |
| | **AS ORDERED BY MAGISTRATE** |
| | **JUDGE MARGOLIS.** |
| METRO-NORTH RAILROAD COMPANY,<br>et al., | February 5, 2004 |
| Defendants | |

_____X

### PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE ANY OBJECTIONS AND MOTION FOR RECONSIDERATION OF THE COURT'S RULINGS ON PLAINTIFFS' MOTION TO COMPEL

Pursuant to D. Conn. L. Civ. R. 7(c), the plaintiffs seek to have the Court reconsider its January 23, 2004 Ruling on the plaintiffs' Motion To Compel the Conrail Defendants. Specifically, the plaintiffs seek to have the Court reconsider its ruling with respect to requests 5, 14, 25, 27, 28, and 29.  The plaintiffs also move for a ten day extension of time from the Court's decision with respect to the instant Motion within which to file any objections to the Court's January 23, 2004 Ruling on the Plaintiffs' Motion To Compel Conrail Defendants.   A Memorandum of Law accompanies the instant Motion.

**ORAL ARGUMENT REQUESTED.**

Respectfully submitted,

FOR THE PLAINTIFFS,


By_____
   Scott E. Perry (ct17236)
   CAHILL & GOETSCH, P.C.
   43 Trumbull Street
   New Haven, Connecticut  06511
   (203) 777-1000


## CERTIFICATE OF SERVICE

     This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 5th day of February, 2004, to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109; and to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut  06905.


_____
Scott E. Perry

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

SIGISMONDO LoVERME,                      CIVIL ACTION
                                         No:  3:02CV01880(PCD)
   Plaintiff

                                         **FELA HEARING LOSS CASE.**
VS.                                      **MAY BE FILED IN NEW HAVEN**
                                         **AS ORDERED BY MAGISTRATE**
                                         **JUDGE MARGOLIS.**


METRO-NORTH RAILROAD COMPANY,            February 5, 2004
et al.,

   Defendants
_____X


**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE ANY
OBJECTIONS AND MOTION FOR RECONSIDERATION OF THE COURT'S RULINGS ON
PLAINTIFFS' MOTION TO COMPEL**

      Pursuant to D. Conn. L. Civ. R. 7(c), the plaintiffs seek to have the Court reconsider its January 23, 2004 Ruling on the plaintiffs' Motion To Compel the Conrail Defendants. Specifically, the plaintiffs seek to have the Court reconsider its ruling with respect to requests 5, 14, 25, 27, 28, and 29.  The plaintiffs also move for a ten day extension of time from the Court's decision with respect to the instant Motion within which to file any objections to the Court's January 23, 2004 Ruling on the Plaintiffs' Motion To Compel Conrail Defendants.  A Memorandum of Law accompanies the instant Motion.


**ORAL ARGUMENT REQUESTED.**

Respectfully submitted,

FOR THE PLAINTIFFS,


By_____
    Scott E. Perry (ct17236)
    CAHILL & GOETSCH, P.C.
    43 Trumbull Street
    New Haven, Connecticut  06511
    (203) 777-1000


## <u>CERTIFICATE OF SERVICE</u>

    This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 5th day of February, 2004, to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109; and to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut  06905.


_____
Scott E. Perry

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| TIMOTHY STRAND, | CIVIL ACTION |
| | No:  3:02CV01883(AWT) |
| Plaintiff | |
| | **FELA HEARING LOSS CASE.** |
| VS. | **MAY BE FILED IN NEW HAVEN** |
| | **AS ORDERED BY MAGISTRATE** |
| | **JUDGE MARGOLIS.** |
| | |
| METRO-NORTH RAILROAD COMPANY, | February 5, 2004 |
| et al., | |
| | |
| Defendants | |

_____X

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE ANY OBJECTIONS AND MOTION FOR RECONSIDERATION OF THE COURT'S RULINGS ON PLAINTIFFS' MOTION TO COMPEL**

        Pursuant to D. Conn. L. Civ. R. 7(c), the plaintiffs seek to have the Court reconsider its January 23, 2004 Ruling on the plaintiffs' Motion To Compel the Conrail Defendants. Specifically, the plaintiffs seek to have the Court reconsider its ruling with respect to requests 5, 14, 25, 27, 28, and 29.  The plaintiffs also move for a ten day extension of time from the Court's decision with respect to the instant Motion within which to file any objections to the Court's January 23, 2004 Ruling on the Plaintiffs' Motion To Compel Conrail Defendants.   A Memorandum of Law accompanies the instant Motion.

**ORAL ARGUMENT REQUESTED.**

Respectfully submitted,

FOR THE PLAINTIFFS,


By_____
    Scott E. Perry (ct17236)
    CAHILL & GOETSCH, P.C.
    43 Trumbull Street
    New Haven, Connecticut  06511
    (203) 777-1000



## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 5th day of February, 2004, to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109; and to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut  06905.



_____
Scott E. Perry

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

TIMOTHY SWEENEY,                         CIVIL ACTION
                                         No:  3:02CV01872(RNC)
      Plaintiff

                                         **FELA HEARING LOSS CASE.**
VS.                                      **MAY BE FILED IN NEW HAVEN**
                                         **AS ORDERED BY MAGISTRATE**
                                         **JUDGE MARGOLIS.**

METRO-NORTH RAILROAD COMPANY,            February 5, 2004
et al.,

      Defendants
_____X


**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE ANY OBJECTIONS AND MOTION FOR RECONSIDERATION OF THE COURT'S RULINGS ON PLAINTIFFS' MOTION TO COMPEL**

        Pursuant to D. Conn. L. Civ. R. 7(c), the plaintiffs seek to have the Court reconsider its January 23, 2004 Ruling on the plaintiffs' Motion To Compel the Conrail Defendants. Specifically, the plaintiffs seek to have the Court reconsider its ruling with respect to requests 5, 14, 25, 27, 28, and 29.  The plaintiffs also move for a ten day extension of time from the Court's decision with respect to the instant Motion within which to file any objections to the Court's January 23, 2004 Ruling on the Plaintiffs' Motion To Compel Conrail Defendants.    A Memorandum of Law accompanies the instant Motion.


**ORAL ARGUMENT REQUESTED.**

Respectfully submitted,

FOR THE PLAINTIFFS,


By_____
    Scott E. Perry (ct17236)
    CAHILL & GOETSCH, P.C.
    43 Trumbull Street
    New Haven, Connecticut  06511
    (203) 777-1000


## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 5th day of February, 2004, to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109; and to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut  06905.


_____
Scott E. Perry