IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
                                                         :
CHARLES A. KANE                                          :    3:02 CV 1878 (CFD)
                                                         :
                                                         :
v.                                                       :
                                                         :    DATE: FEB. 10, 2004
METRO-NORTH RAILROAD CO. et al.                          :
                                                         :
---------------------------------------------------------x

ENDORSEMENT ORDER

In the interest of justice, the parties' Joint Motion to Transfer and to Consolidate for Scheduling and Discovery Purposes (Dkt. #13) is <u>denied</u>.

Dated at New Haven, Connecticut, this 10th day of February, 2004.

_____/s/_____
Joan Glazer Margolis
U.S. Magistrate Judge