UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHARLES A. KANE                    :

Vs.                                :    CASE NO. 3:02CV1878(CFD)

METRO-NORTH RR CO.                 :
CONSOLIDATED RAIL CORP.
AMERICAN FINANCIAL GRP, INC.

**JUDGMENT**

Counsel of record having reported to the court on October 19, 2004 that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, November 30, 2004.

KEVIN F. ROWE, CLERK

BY _____
Devorah Johnson
Deputy Clerk

EOD_____