FILED

2004 DEC -6 P 12: 42

U.S. DISTRICT COURT
NEW HAVEN, CT

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

-------------------------------------------------------X
CHARLES A. KANE,

       Plaintiff,

v.                               Civil Action No: 3:02 CV 1878 (CFD)

METRO-NORTH RAILROAD COMPANY, ET AL,

                                        <u>FELA HEARING LOSS CASE - MAY BE
FILED IN NEW HAVEN AS ORDERED
BY MAGISTRATE JUDGE MARGOLIS</u>

        Defendants.                       November 30, 2004
-------------------------------------------------------X

**STIPULATION FOR DISMISSAL**

      It is hereby stipulated and agreed that the this matter may be dismissed with prejudice and without costs to any parties.

| THE PLAINTIFF<br>CHARLES A. KANE | THE DEFENDANT,<br>METRO-NORTH RAILROAD COMPANY |
|---|---|
| By: _[signature]_<br>Scott E. Perry, Esq., (CT 17236)<br>Cahill & Goetsch, P.C.<br>43 Trumbull Street<br>New Haven, CT 06511<br>Phone No. 203-777-111 | By: _[signature]_<br>Anthony D. Sutton, Esq., (CT 20607)<br>Ryan, Ryan, Johnson & Deluca, LLP<br>80 Fourth Street, P.O. Box 3057<br>Stamford, CT 06905<br>Phone No. 203-357-9200 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott Perry, Esq.
Cahill & Goetsch, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff

_____
Anthony D. Sutton, Esq.